Generated: May 27, 2025 9:30AM                                                                                                          Page 1/1

# U.S. District Court

### Nevada None - Las Vegas

Receipt Date: May 27, 2025 9:30AM

Ray L Flores II

| Rcpt. No: 200014542 | Trans. Date: May 27, 2025 9:30AM | | Cashier ID: #RG (4937) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

**Comments**: 2:25-cv-00916-JAD-NJK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

