**RAY L. FLORES II**
**862 MONTERA LN.**
Boulder City, NV 89005
Tel.:     (858) 367-0397
Fax:      (888) 336-4037
rayfloreslaw@gmail.com
*Plaintiff*



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAY L. FLORES II, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., <br> In his Official Capacity as Secretary of the Department of Health and Human Services, <br><br> Defendant. | Case No.:  2:25-cv-00916-JAD-NJK <br><br> PROOF OF SERVICE OF SUMMONS AND OTHER DOCUMENTS UPON DEFENDANT ROBERT F. KENNEDY, JR. |

RAY L. FLORES II

Dated: June 5, 2025

1

PROOF OF SERVICE OF SUMMONS AND OTHER DOCUMENTS

AOS

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | | |
|---|---|---|
| **RAY FLORES II** | Plaintiff | |
| | | CASE NO: 2:25-CV-00916-JAD-NJK |
| | | HEARING DATE/TIME: |
| **vs** | | |
| **ROBERT F. KENNEDY JR. IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES** | Defendant | DEPT NO: |

## AFFIDAVIT OF SERVICE

CHELBI RAE VERNON being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, EXHIBIT INDEX, NOTIC OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, on the 30th day of May, 2025 and served the same on the 4th day of June, 2025, at 13:00 by:

certified mailing a copy for the servee ROBERT F. KENNEDY JR., SECRETARY, U.S. DEPT.OF HEALTHAND HUMAN SERVICES at (address) 200 INDEPENDENCE AVE. S.W., WASHINGTON D.C. 20201



Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __04__ day of __Jun__, __2025__.

_____
**CHELBI RAE VERNON**
R-2019-11579

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP301756 PV63026    Copyright © 2018 Junes Legal Service, Inc. and Outside The Box