# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAY L. FLORES, II,

    Plaintiff(s),

v.

ROBERT F. KENNEDY, JR.,

    Defendant(s).

Case No. 2:25-cv-00916-JAD-NJK

**Order**

[Docket Nos. 5, 6]

Pending before the Court is Plaintiff's motion to be permitted to file electronically, which was filed in duplicate. Docket Nos. 5, 6. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b). Plaintiff represents that he is a licensed attorney in other jurisdictions. For good cause shown, the Court GRANTS Plaintiff's motion for permission to file electronically. Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

    IT IS SO ORDERED.

    Dated: June 23, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge