SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Ray L. Flores II, | Case No. 2:25-cv-00916-JAD-NJK |
| Plaintiff, | **Stipulation and Order to Dismiss Without Prejudice** |
| v. | |
| Robert F. Kennedy, Jr., as Secretary of the Department of Health and Human Services, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the Plaintiff, RAY L. FLORES II,

*in pro per*, and Defendant ROBERT F. KENNEDY, JR., in his official capacity as

Secretary of the Department of Health and Human Services, by and through its attorneys,

SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, and

SUMMER A. JOHNSON, Assistant United States Attorney, that the above-entitled matter

be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Each party will bear their own attorneys' fees and costs.

2    Respectfully submitted this 15th day of August 2025.

3

4    | Dated this 15th day of August 2025. | Dated this 15th day of August 2025. |

5
SIGAL CHATTAH
Acting United States Attorney

6    /s/
Ray L. Flores II,
Plaintiff in Pro Per

7
/s/ Summer A. Johnson
SUMMER A. JOHNSON Assistant
United States Attorney 501 Las

8
Vegas Blvd. So., Suite1100 Las
Vegas, Nevada 89101 *Attorney for
Defendant*

9

10

11

12

13                        **IT IS SO ORDERED:**

14

15                        _____

16                        **UNITED STATES DISTRICT JUDGE**
                         **UNITED STATES MAGISTRATE JUDGE**

17

18                        **DATED:** _____

19

20

21

22

23

24

25

26

27

28

2