SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: summer.johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ray L. Flores II,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert F. Kennedy, Jr., as Secretary of the Department of Health and Human Services,<br><br>    Defendant. | Case No. 2:25-cv-00916-JAD-NJK<br><br>**Stipulation and Order to Dismiss Without Prejudice**<br><br>ECF No. 13 |

IT IS HEREBY STIPULATED by and between the Plaintiff, RAY L. FLORES II, *in pro per*, and Defendant ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, by and through its attorneys, SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, and SUMMER A. JOHNSON, Assistant United States Attorney, that the above-entitled matter be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party will bear their own attorneys' fees and costs.

Respectfully submitted this 15th day of August 2025.

| Dated this 15th day of August 2025. | Dated this 15th day of August 2025. |
|---|---|
| /s/ [signature]<br>Ray L. Flores II,<br>Plaintiff in Pro Per | SIGAL CHATTAH<br>Acting United States Attorney<br><br>/s/ *Summer A. Johnson*<br>SUMMER A. JOHNSON Assistant United States Attorney 501 Las Vegas Blvd. So., Suite 1100 Las Vegas, Nevada 89101 *Attorney for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and with good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2025